JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION – SANTA ANA**

| | |
|---|---|
| DENNIS A. GRAFF,<br><br>    Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC AND DOES ONE THROUGH 10,<br><br>    Defendants. | CASE No. 8:09-CV-01415-AG-(MLGx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

    Plaintiff Dennis A. Graff has announced to the Court that all matters in controversy against Trans Union have been resolved. A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

    IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Dennis A. Graff against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

    DATED this 28th day of September 2010.

                                             **ANDREW J. GUILFORD**
                                             UNITED STATES DISTRICT JUDGE